## JEROME H. REMICK & COMPANY *v.* STERN.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE SOUTHERN DISTRICT OF NEW YORK.

No. 352. Submitted November 8, 1909.—Decided November 15, 1909.

Writ of error to the Circuit Court dismissed for want of final judgment on authority of *McLish* v. *Roff,* 141 U. S. 661.

*Mr. Moses H. Grossman* for plaintiff in error.

*Mr. Julius Henry Cohen* for defendant in error.

*Per Curiam.* Writ of error dismissed for want of final judgment. *McLish* v. *Roff,* 141 U. S. 661; *Pfaelzer* v. *Bach Fur Company of Illinois,* decided November 8, 1909, *ante,* p. 584.